**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
File No. 00-CV-2406 (DDA/SRN)

Samuel R. St. Pierre and St. Pierre Management and Maintenance,

Plaintiffs,

vs.

United States of America,

Defendant.

**JOINT STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**
AND ORDER

Plaintiffs Samuel R. St. Pierre and St. Pierre Management and Maintenance and the Defendant United States of America hereby stipulate to amend the Pretrial Scheduling Order dated February 15, 2001 to extend the date that all dispositive motions shall be served, filed, and heard to October 9, 2001. The parties make this joint stipulation because they believe that, by extending the deadline for dispositive motions, it will allow them to explore settlement possibilities and thereby to avoid the need for further judicial action and a trial.

The parties have proceeded with discovery in accordance with the Pretrial Scheduling Order. Plaintiffs, together with their counsel, also have been working on the preparation of financial statements to be submitted to Defendant in connection with a proposed settlement offer. Plaintiffs also have been working on securing potential financing sources with which to pay the amount of a settlement offer. Plaintiffs desire to secure the potential financing before submitting an offer to the Defendant to ensure their ability to perform on a settlement offer if Defendant accepts it. Plaintiffs believe that they will secure potential financing, and will be able to submit a settlement

FILED AUG 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

offer, together with their completed financial statements, to Defendant, by no later than September 4, 2001.

The parties believe that extending the deadline for the submission of dispositive motions will allow them to focus currently on reaching a settlement and thereby to avoid the need for further judicial action and a trial. The parties also believe that extending the deadline will not cause either of them any substantial injury or prejudice.

Defendant has served on Plaintiffs a motion for summary judgment. Plaintiffs are working on the response to Defendant's motion but, with Defendant's permission, have not submitted the response to Defendant, to be able to focus their attention on the completion of the financial statements and a submission of a settlement offer to Defendant.

In addition, counsel for Plaintiffs and Defendant contacted Calendar Clerk Sheri Frette in reference to the proposed extension. Ms. Frette indicated to counsel that the proposed extension would work with Judge Alsop's calendar. She also scheduled a hearing date regarding the summary judgment motion for October 9, 2001.

Rule 16(b) of the Federal Rules of Civil Procedure provides that a pretrial discovery schedule may be modified upon a showing of good cause. "There is a presumption that a pretrial order will be amended in the interest of justice and sound judicial administration provided there is no substantial injury or prejudice to the opposing party or inconvenience to the court." *United States v. Varner*, 13 F.3d 1503, 1507-08 (11th Cir. 1994).

In this instance, both parties believe that an amendment of the deadline for dispositive motions will allow them to focus on reaching a settlement and thereby to avoid the need for further judicial action and a trial. Both parties agree that no substantial injury or prejudice will result to either of them from the requested extension of time. In addition, Ms. Frette stated that the proposed

extension will work Judge Alsop's calendar. Accordingly, the parties believe that good cause exists for the extension of the deadline for dispositive motions.

**CONCLUSION**

For the forgoing reasons, Plaintiffs and Defendant respectfully request that the Court issue an order amending the Pretrial Scheduling Order dated February 15, 2001 to extend the date that all dispositive motions shall be served, filed, and heard to October 9, 2001.

Dated: August 30, 2001

WINTHROP & WEINSTINE, P.A.

Paul W. Markwardt

Paul W. Markwardt #261968
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0643

Attorneys for Plaintiff

Dated: August 30, 2001

ROBERT SMALL
United States Attorney

Carl J. Tierney
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
(202) 514-6499

Attorneys for Defendants

idmsmpl:462263_2 / File No. 8543-1

ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
File No. 00-CV-2406 (DDA/SRN)

Samuel R. St. Pierre and St. Pierre
Management and Maintenance,

Plaintiffs,

vs.

United States of America,

Defendant.

**~~PROPOSED~~ ORDER**

Having considered the parties Joint Stipulation to Amend Pretrial Scheduling Order, the Court orders that the Pretrial Scheduling Order dated February 15, 2001 be amended to extend the date that all dispositive motions shall be served, filed, and heard to October 9, 2001.

Dated: August 31, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON,
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500