**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Samuel R. St. Pierre and St. Pierre Management and Maintenance,

Plaintiffs,

v.

United States of America,

Defendant.

00cv2406 (DDA/SRN)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **re-scheduled** for hearing **Defendant's Motion for Summary Judgment** to Friday, November 16, 2001 at 10:00 a.m., before Senior Judge Donald D. Alsop, Courtroom 3, St. Paul, Minnesota.

**PLEASE NOTE:** This motion was originally scheduled for Tuesday, October 9, 2001 at 10:00.

DATED: September 26, 2001.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK