IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

ORIGINAL

| | | |
|---|---|---|
| SAMUEL R. ST. PIERRE and ST. PIERRE MANAGEMENT & MAINTENANCE | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 00-CV-2406 DDA/SRN |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

~~PROPOSED~~ ORDER

Having considered Defendant's request to withdraw Defendant's Motion for Summary Judgment dated July 25, 2001 without prejudice and with leave to refile after April 30, 2002 and Plaintiffs consent to such request, the Court orders that Defendant's Motion for Summary Judgment dated July 25, 2001 be withdrawn without prejudice and with leave to refile after April 30, 2002.

Dated: January 18, 2002

DONALD D. ALSOP
United States Senior District Court Judge

JAN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK