IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

SAMUEL R. ST. PIERRE and ST. PIERRE MANAGEMENT & MAINTENANCE

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendant.

Civil No. 00-CV-2406 DDA/SRN

**~~Proposed~~ Order**

Based on the record and arguments of counsel, Defendant the United States' motion to vacate settlement conference, or in the alternative, to appear without full settlement authority, is hereby granted in part and denied in part, as follows:

1. The United States' motion to vacate settlement conference is denied, and the settlement conference will take place as scheduled on August 2, 2002.

2. The United States' motion to appear without full settlement authority is hereby granted.

Dated this 9th day of July, 2002.

SUSAN RICHARD NELSON
United States Magistrate Judge

JUL 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK