IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SAMUEL R. ST. PIERRE and ST. PIERRE MANAGEMENT & MAINTENANCE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 00-CV-2406 DDA/SRN |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**Stipulation of Dismissal** AND ORDER

Under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Samuel St. Pierre and St. Pierre Management & Maintenance, and Defendant the United States of America, voluntarily dismiss the above action with prejudice. It is further stipulated that each party shall bear its own expenses, including costs and attorneys fees.

Dated: 9/27/02

THOMAS B. HEFFELFINGER
United States Attorney

MICHAEL R. PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488

OCT 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 9/30/02

Paul W. Markwardt
WINTHROP & WEINSTINE, P.A.
Paul W. Markwardt #261968
3000 Dain Rauscher Plaza
60 South Sixth Street Minneapolis, Minnesota
55402
(612) 347-0643
Attorneys for Plaintiff

IT IS SO ORDERED

Donald D. Alsop
Senior U.S. District Judge
DATED: October 24, 2002